AMERICAN FIRE HOSE MANUF'G CO. *v.* CORNELIUS CALLAHAN CO. *et al.*

*(Circuit Court, D. Massachusetts. January 3, 1890.)*

PATENTS FOR INVENTIONS—INFRINGEMENT—PRELIMINARY INJUNCTION.
    Where the evidence is so conflicting as to require full proofs to determine the question of infringement, a preliminary injunction will not be granted.

In Equity. On motion for preliminary injunction.

*T. L. Livermore*, for complainant.

*C. H. Drew* and *P. E. Tucker*, for defendants.

COLT, J. Upon the affidavits before me, I do not think the plaintiff has made out a case which entitles it to a preliminary injunction. On the question of infringement, the evidence is conflicting, and my mind is not free from doubt. There are other facts brought out in the affida-

vits, which make it clear that the courts should not grant an injunction in this case unless fully satisfied that the defendants infringe the Callahan patent. This seems to be a case where it requires the full proofs, such as are presented at final hearing, to properly determine the question of infringement. Motion denied.